

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 16, 2020

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. Raul Rodriguez Urena, a/k/a "Tio,"* **20 Mag. 12216**

Dear Judge McCarthy:

    The complaint in the above-referenced case was originally filed under seal. On November 15, 2020, defendant Raul Rodriguez Urena was arrested. As a result, the Government respectfully requests that the Court unseal the complaint.

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney

    By:   /s/ Derek Wikstrom
        Derek Wikstrom
        Assistant United States Attorney
        Tel: (914) 993-1946

SO ORDERED:

_/s/ Judith C. McCarthy_   11-16-2020
HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE