UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,   **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

20 -Mag.- 12216(UA)

RAUL RODRIQUEZ URENA

Defendant(s).
------------------------------------------------------------------X

Defendant _____RAUL RODRIQUEZ UREN, hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or ___X teleconferencing:

_X__    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


  /s/ Raul Rodriguez Urena by JCM on consent            _____/s/_____
_____            
Defendant's Signature                                                      Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

  RAUL RODRIQUEZ URENA                                       Susanne Brody
Print Defendant's Name                                              Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

____Nov. 16, 2020                                    ____*Judith C. McCarthy*_____
Date                                                              U.S. Magistrate Judge
                                                                     Southern District of New York